148 So. 115

### Green ETHEREDGE v. Anderson WOOD et al.

### 8 Div. 470.

Supreme Court of Alabama.

April 20, 1933.

Rehearing Denied May 18, 1933.

Wm. L. Chenault, of Russellville, for appellant.

E. W. Godbey, of Decatur, for appellees.

ANDERSON, Chief Justice.

Affirmed on authority of Green Etheredge v. Elihu Etheredge et al., ante, p. 618, 148 So. 114.

BOULDIN, FOSTER, and KNIGHT, JJ., concur.